1 | **ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, Suite 700
2 | Newport Beach, California   92660
Telephone:  (949) 720-1288
3 | Facsimile: (949) 720-1292

4

5 | Attorneys for Plaintiffs, Clemon S. Seaton, Jr. and Shirley Kay Seaton

6

7

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | IN RE: BEXTRA AND CELEBREX
14 | MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION
15

16 | CLEMON S. SEATON, JR., AND SHIRLEY
17 | KAY SEATON,

18 | Plaintiffs,

19 | vs.

20 | G.D. SEARLE & CO., PHARMACIA
CORPORATION; MONSANTO
21 | COMPANY, a Delaware corporation;
22 | PFIZER, INC., a Delaware corporation;
PFIZER GLOBAL RESEARCH &
23 | DEVELOPMENT,

24 | Defendants.

25

**CASE NO.  C05-5436 (CRB)**

**MDL NO. 1699**
**District Judge:  Charles R. Breyer**

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

26

27 | Come now the Plaintiffs,  **CLEMON S. SEATON, JR. and SHIRLEY KAY SEATON**

28 | and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

-1-

EAST\42531961.1

1  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with

2  each side bearing its own attorneys' fees and costs.

3

4

5  DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

6                                   By: *Mark P. Robinson, Jr.*

7                                   MARK P. ROBINSON, JR.
                                     Attorneys for Plaintiffs, Clemon S. Seaton and
8                                    Shirley Kay Seaton

9
   DATED:  Oct. 22  , 2009          DLA PIPER LLP (US)
10

11                                  By:  /s/
                                     Matt Holian
12                                   Attorneys for Defendants

13

14

15  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**
16

17  Dated: **OCT 2 8 2009**

18                                   Hon. Charles R. Breyer
                                     United States District Court
19

20

21

22

23

24

25

26

27

28

-2-

PFZR/1035934/1132569v.1

EAST\42531961.1